IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC 2006-OPT2 TRUST, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2,<br><br>    Plaintiff,<br>vs.<br><br>JEFF HOLLINGSWORTH & SHERRY HOLLINGSWORTH & JAMES WILSON & LAKEWAY FAMILY TRUST AND ALL OCCUPANTS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:15-CV-3005-N-BH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, by separate judgment, this action will be *sua sponte* **REMANDED** to the Justice Court of Tarrant County, Texas, Precinct 3.

**SIGNED** this 23rd day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE